PILLAR v. RUNKEL, ROWLEY & CO.

(Opinion filed December 17, 1898.)

Appeal from circuit court, Meade county. Hon. A. J. PLOWMAN, Judge.

Attachment by Dexter Pillar against Runkel, Rowley & Co., a corporation organized and existing under the laws of South Dakota. From an order overruling a motion to discharge the attachment. defendant appeals. Affirmed.

Rice & Polley (Burke & Goodner, of counsel), for appellant.
Smith & Brown, for respondent.

FULLER, J. As the record now before us presents questions of law and fact identical with the case of Chaffee v. This Defendant, 11 S. D. 333, 77 N. W. 583, an opinion would be but a needless repetition. Controlled by the conclusion there reached, the order overruling a motion to discharge the attachment is affirmed.